IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEROY WAFER,<br>Plaintiff, | § § § § | |
| v. | § | Civil Action No.  3:19-CV-1169-N-BH |
| | § | |
| FREMONT HOME LOAN AND<br>OCWEN LOAN SERVICING, LLC,<br>Defendants. | § § § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Fremont Home Loan is *sua sponte* **DISMISSED** from the lawsuit as an improperly joined defendant.  *Defendants' Motion for Judgment on the Pleadings and Brief in Support*, filed January 31, 2020 (doc. 16), is **GRANTED** as to Ocwen Loan Servicing, LLC, and **DENIED as moot** as to Fremont Home Loan.  By separate judgment, all of the plaintiff's claims against Fremont Home Loan will be **DISMISSED without prejudice**, and all of the plaintiff's claims Ocwen Loan Servicing, LLC will be **DISMISSED with prejudice**.

SIGNED this 11th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE